

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

JOHN POBLOCKI,

        Plaintiff,

        -against-

GRUBB & ELLIS COMPANY,

        Defendant.
-----------------------------------------------------X

Case No. 08 CV 4825
(Judge Buchwald)

AFFIDAVIT OF SERVICE

STATE OF ILLINOIS  )
        S.S.:
COUNTY OF COOK  )

    ANDREW RAPHAEL, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 30th day of May, 2008, at approximately the time of 9:18 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT AND JURY TRIAL DEMAND; INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON upon GRUBB & ELLIS COMPANY c/o Kimberly A. Krugman, Vice President and Senior Counsel at 500 W. Monroe Street, Suite 2800, Chicago, IL, by personally delivering and leaving the same with KEISHA ROGERS who informed deponent that she holds the position of Office Assistant with that company and is authorized by appointment to receive service at that address.

    KEISHA ROGERS is a black female, approximately 34 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with black hair.

_____
ANDREW RAPHAEL

Sworn to before me this
2nd day of June, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/22/2010