Cindy Schmitt Minniti (CS 6626)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN POBLOCKI,

                        Plaintiff,

        -against-                                   **NOTICE OF APPEARANCE**

GRUBB & ELLIS COMPANY,                  08 CV 4825 (NRB)(DFE)

                        Defendant.
----------------------------------------------------------X

      PLEASE TAKE NOTICE, that the undersigned attorney appears in this proceeding on behalf of Defendant Grubb & Ellis Company and requests that copies of all pleadings and other documents filed in this case be served upon the undersigned.

Dated: June 16, 2008
       New York, New York

                                                     Reed Smith LLP

                                                     By: _____
                                                         Cindy Schmitt Minniti (CS 6626)
                                                599 Lexington Avenue, 22nd Floor
                                                New York, New York 10022
                                                (212) 521-5400

                                                *Attorneys for Defendant*

TO:    Robert Ottinger (RO 8879)
         The Ottinger Firm, P.C.
         19 Fulton Street, Suite 408
         New York, NY 10038
         (212) 571-2000

         *Attorneys for Plaintiff*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )

　　　　　　　　　　　) ss.:

COUNTY OF NEW YORK  )

　　　　Yvonne Williams, being duly sworn, de-poses and says:  I am not a party to the within action, am over 18 years of age and reside in Queens, New York.

　　　　On the 16th day of June, 2008, I caused to be served a true copy of an

### NOTICE OF APPEARANCE

by mailing the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

　　　　　　　　　　　The Ottinger Firm, P.C.
　　　　　　　　　　　19 Fulton Street, Suite 408
　　　　　　　　　　　New York, NY  10038

　　　　　　　　　　　_____
　　　　　　　　　　　Yvonne Williams

Sworn to before me this
16th day of June, 2008

_____
Notary Public

SANDRA ANCHUNDIA-RAMOS
Notary Public, State of New York
No. 31-4919484
Qualified in Queens County
Commission Expires February 16, 2010