

The Ottinger Firm, PC

# MEMO ENDORSED

June 23, 2008

**VIA FACSIMILE (212) 805-7927**

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 23 2008
UNITED STATES DISTRICT JUDGE

Re:  Poblocki v. Grubb & Ellis Company
     08 Civ. 4825 (NRB)(DFE)

Dear Judge Buchwald:

We represent Plaintiff John Poblocki in the above-referenced matter. We write in response to Defendant Grubb & Ellis Company's letter, dated June 16, 2008, requesting permission to file a motion to dismiss the Complaint on the grounds that the allegations are subject to arbitration pursuant to an arbitration agreement between the parties. After having carefully reviewed Defendant's letter, we agree that the allegations in the Complaint are subject to arbitration. Accordingly, we write to inform the Court that we will be filing a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Robert W. Ottinger*
Robert W. Ottinger

*So ordered. The Clerk of Court is respectfully requested to close this case.*

*Naomi Reice Buchwald USDJ*
*6/27/08*

cc:  Cindy Schmitt Minniti (by Facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MEMO ENDORSED**

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com